# Exhibit A

## **§ 362 INFORMATION SHEET** **

| Steven and Deborah Vidal | N-09-52097-gwz | |
|---|---|---|
| **DEBTORS** | **Case No:** | **MOTION #:** |

| JPMorgan Chase Bank | **CHAPTER:** 7 |
|---|---|
| **MOVANT** | |

### **Certification of Attempt to Resolve the Matter Without Court Action:**

*Moving counsel hereby certifies that pursuant to the requirements of LR 4001(a)(3), an attempt has been made to resolve the matter without court action, but movant has been unable to do so.*

Date: *December 3, 2009*                  Signature: */s/ Cindy Lee Stock*
                                                   Attorney for Movant

PROPERTY INVOLVED IN THIS MOTION: 47 Marilyn Mae Drive, Sparks, NV 89441

NOTICE SERVED ON: Debtors____X____; Debtors' Counsel____X____; Trustee____X____;

DATE OF SERVICE: December 3, 2009

| MOVING PARTY'S CONTENTIONS: | DEBTORS' CONTENTIONS: |
|---|---|
| The EXTENT and PRIORITY of LIENS: | The EXTENT and PRIORITY of LIENS: |
| 1st  $373,796.24 | 1st _____ |
| 2nd $60,895.62 | 2nd _____ |
| 3rd _____ | 3rd _____ |
| 4th _____ | 4th _____ |
| Other: Cost of Sale $25,600.00 | Other: _____ |
| Total Encumbrances: $460,291.86 | Total Encumbrances: _____ |
| APPRAISAL of OPINION as to VALUE: | APPRAISAL of OPINION as to VALUE: |
| $320,000.00 per  Debtors' Schedules | |

| TERMS of MOVANT'S CONTRACT with the DEBTORS | DEBTOR'S OFFER of "ADEQUATE PROTECTION" for MOVANT: |
|---|---|
| Amount of Note: $57,000.00 | . |
| Interest Rate:  10.10% | . |
| Duration: 15 years | . |
| Payment per Month:  $504.43 | . |
| Date of Default: March 1, 2009 | . |
| Amount in Arrears: $5,271.28 | . |
| Date of Notice of Default: N/A | |
| SPECIAL CIRCUMSTANCES: | SPECIAL CIRCUMSTANCES: |
| SUBMITTED BY:  Cindy Lee Stock | SUBMITTED BY:_____ |
| SIGNATURE: /s/  Cindy Lee Stock | SIGNATURE:_____ |

"EXHIBIT A"

Exhibit 1

B6A (Official Form 6A) (12/07)

In re    STEVEN M. VIDAL,                                    Case No. _____
         DEBORAH R. VIDAL,
                                        Debtors

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 3 BDRM, 2.5 BATH RESIDENCE LOCATED AT 47 MARILYN MAE DRIVE SPARKS, NEVADA 89441 | FEE SIMPLE | C | 320,000.00 | 429,956.45 |

|  |  |  |
|---|---|---|
| Sub-Total > | 320,000.00 | (Total of this page) |
| Total > | 320,000.00 | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **STEVEN M. VIDAL,**                                           Case No. _____
         **DEBORAH R. VIDAL,**
_____
                        Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. 0691138390 | | | | SECOND DEED OF TRUST | | | | | |
| WASHINGTON MUTUAL HOME LOAN P.O. BOX 100576 FLORENCE, SC 29502-0576 | | | C | 3 BDRM, 2.5 BATH RESIDENCE LOCATED AT 47 MARILYN MAE DRIVE SPARKS, NEVADA 89441 | | | | | |
| | | | | Value $          320,000.00 | | | | 56,160.21 | 56,160.21 |
| Account No. 0059847681 | | | | FIRST DEED OF TRUST | | | | | |
| WELLS FARGO HOME MORTGAGE P.O. BOX 10335 DES MOINES, IA 50306 | | | C | 3 BDRM, 2.5 BATH RESIDENCE LOCATED AT 47 MARILYN MAE DRIVE SPARKS, NEVADA 89441 | | | | | |
| | | | | Value $          320,000.00 | | | | 373,796.24 | 53,796.24 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

|  | | |
|---|---|---|
| **0**   continuation sheets attached | Subtotal (Total of this page) | 429,956.45 | 109,956.45 |
| | Total (Report on Summary of Schedules) | 429,956.45 | 109,956.45 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Exhibit 2

Return Address:

Washington Mutual Bank
Office of the Corporate Secretary
1301 2nd Ave., WMC3501
Seattle, WA  98101



**20081003000790**
COOK               AFF        44.00
PAGE-001 OF 003
10/03/2008 13:11
KING COUNTY, WA

---

Please print or type information **WASHINGTON STATE RECORDER'S Cover Sheet** (RCW 65.04)

**Document Title(s)** (or transactions contained therein): (all areas applicable to your document <u>must</u> be filled in)
Affidavit of the Federal Deposit
1. Insurance Corporation _____  2. _____

3. _____  4. _____

---

**Reference Number(s) of Documents assigned or released:**

Additional reference #'s on page _____ of document

---

**Grantor(s)** Exactly as name(s) appear on document
Washington Mutual Bank, formerly known
1. as Washington Mutual Bank, FA ____, _____
Federal Deposit Insurance
2. Corporation _____, _____

Additional names on page _____ of document.

---

**Grantee(s)** Exactly as name(s) appear on document

1. JPMorgan Chase Bank, National Association _____

2. _____, _____

Additional names on page _____ of document.

---

**Legal description** (abbreviated: i.e. lot, block, plat or section, township, range)

_____

_____

Additional legal is on page _____ of document.

---

**Assessor's Property Tax Parcel/Account Number**                    ☐ Assessor Tax # not yet
assigned

---

The Auditor/Recorder will rely on the information provided on this form. The staff will not read the document
to verify the accuracy or completeness of the indexing information provided herein.

---

"I am signing below and paying an additional $50 recording fee (as provided in RCW 36.18.010 and
referred to as an emergency nonstandard document), because this document does not meet margin and
formatting requirements. Furthermore, I hereby understand that the recording process may cover up or
otherwise obscure some part of the text of the original document as a result of this request."

_____Signature of Requesting Party

Note to submitter: Do not sign above nor pay additional $50 fee if the document meets margin/formatting requirements

Recording Requested By and
When Recorded Mail to:

Washington Mutual Bank
Office of the Corporate Secretary
1301 2nd Ave., WMC3501
Seattle, WA  98101

_____

**Space Above for Recording Information**

## AFFIDAVIT OF THE
## FEDERAL DEPOSIT INSURANCE CORPORATION

I, Robert C. Schoppe, having been first duly sworn, hereby make this Affidavit and say
that:

1.      I am an authorized representative of the Federal Deposit Insurance Corporation,
an agency of the United States government (the "FDIC").

2.      On September 25, 2008, Washington Mutual Bank, formerly known as
Washington Mutual Bank, FA ("Washington Mutual"), was closed by the Office of Thrift
Supervision and the FDIC was named receiver.

3.      As authorized by Section 11(d)(2)(G)(i)(II) of the Federal Deposit Insurance Act,
12 U.S.C § 1821(d)(2)(G)(i)(II), the FDIC, as receiver of Washington Mutual, may
transfer any asset or liability of Washington Mutual without any approval, assignment, or
consent with respect to such transfer.

4.      Pursuant to the terms and conditions of a Purchase and Assumption Agreement
between the FDIC as receiver of Washington Mutual and JPMorgan Chase Bank,
National Association ("JPMorgan Chase"), dated September 25, 2008 (the "Purchase and
Assumption Agreement"), JPMorgan Chase acquired certain of the assets, including all
loans and all loan commitments, of Washington Mutual.

5.      As a result, on September 25, 2008, JPMorgan Chase became the owner of the
loans and loan commitments of Washington Mutual by operation of law.

Executed this _2ND_ day of October, 2008 in Seattle, King County, Washington.

By: _____
Print Name: Robert C. Schoppe
Title: Receiver In Charge for FDIC as
Receiver of  Washington Mutual Bank

## NOTARY'S ACKNOWLEDGMENT

STATE OF WASHINGTON      )
                         ) SS.
COUNTY OF KING           )

     I certify that I know or have satisfactory evidence that Robert C. Schoppe is the person who appeared before me, and said person acknowledged that he signed this instrument, on oath stated that he was authorized to execute the instrument and acknowledged it as the Receiver In Charge of the Federal Deposit Insurance Corporation, as Receiver of Washington Mutual Bank to be the free and voluntary act of such party for the uses and purposes mentioned therein.

    Dated this 2nd day of October, 2008.

Notary Public in and for the State of
Washington, residing in Redmond
My commission expires: 11/7/10

STATE OF WASHINGTON
County of King

The Director of Records & Licensing, King County, State of
Washington and exofficio Recorder of Deeds and other
instruments, do hereby certify the foregoing copy has been
compared with the original instrument as the same appears
on file and of record in the office and that the same is a true
and perfect transcript of said original and of the whole thereof,
Witness my hand and official seal this _____ day
of _____ 20 _____

OCT 0 3 2006

Director of Records & Licensing

By _____
Deputy

R. Harper

Exhibit 3

**EXHIBIT "3"**

1.    The total indebtedness due and owing under the Note and Deed of Trust exclusive of attorney fees, other miscellaneous costs and interest that continues to accrue is as follows:

| | | |
|---|---|---|
| Principal Balance | $ | 56,096.44 |
| Interest as of December 2009 | $ | 4,544.28 |
| Total Fees | $ | 54.85 |
| Late Charges | $ | 200.05 |
| **TOTAL** | $ | 60,895.62 |

Attorney fees and cost plus other miscellaneous costs, if any, must be added to this figure.

2.    An additional payment of $504.43 will come due on the first day of January and the first day of each month thereafter. If payment is not received by the fifteenth of the month a late charge of $25.22 will be charged to the loan.