

**Entered on Docket**
**February 05, 2010**

_____
**Hon. Michael S. McManus**
**United States Bankruptcy Judge**

```
                UNITED STATES BANKRUPTCY COURT

                      DISTRICT OF NEVADA


                                )
In re                           )   Case No. 09-52097
                                )
STEVEN and DEBORAH VIDAL,       )   Chapter 7
                                )
         Debtor.                )   Date: January 29, 2010
                                )   Time: 1:30 p.m.
                                )
_____ )
```

**ORDER**

For the reasons stated orally and on the record, the motion by Bank of America for relief from the automatic stay is ORDERED DISMISSED WITHOUT PREJUDICE.